IRMA M. TOFANI, PETITIONER-RESPONDENT, v. LoBIONDO BROTHERS MOTOR EXPRESS, INC., RESPONDENT-APPELLANT.

Argued December 1, 1964—Decided December 14, 1964.

*Mr. William T. McElroy* argued the cause for appellant (*Messrs. Pindar, McElroy, Connell & Foley*, attorneys).

*Mr. David L. Horuvitz* argued the cause for respondent (*Mr. Isaac I. Serata*, attorney; *Mr. William P. Doherty, Jr.*, on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* filed in the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.